

FILED

09 AUG 10 PM 12:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER PRODUCE COMPANY, INC., <br><br> Plaintiff, <br> v. <br><br> EDUARDO'S PRODUCE, INC., et al., <br><br> Defendant. | CASE NO. 09cv1715 BTM(NLS) <br><br> **ORDER GRANTING APPLICATION FOR TRO** |

The Court has considered Plaintiff's application for a temporary restraining order and finds that Plaintiff is entitled to relief as set forth below. Plaintiff has shown that it will suffer irreparable injury absent relief because Defendants have dissipated trust assets (as evidenced by trust payments that were dishonored by the bank due to insufficient funds) and will continue to do so. This order is issued without notice due to the need for immediate action to prevent the further dissipation of trust assets.

The Court hereby **ORDERS**:

(1) Defendants, their customers, agents, officers, subsidiaries, assigns, banking institutions and related entities, shall not alienate, dissipate, pay over or assign any assets of Eduardo's Produce, Inc., Eduardo Castro-Rios (aka Eduardo Castro), or Maria Casillas or their subsidiaries or related companies except for payment to Plaintiff until further order of this Court or until Defendants pay Plaintiff the sum of $58,141.40 by cashiers check or certified check at which time the Order is dissolved. Notwithstanding the preceding

sentence, Eduardo Castro-Rios and Maria Casillas may jointly spend up to $1,500 for ordinary living expenses during the time this Order is in effect. Defendants may apply to the Court for approval of additional expenditures.

(2) In the event Defendants fail to pay Plaintiff the sum referenced in the previous paragraph by cashiers or certified check within five (5) business days of service of this Order, then the Defendants shall file with this Court, and provide a copy to Plaintiff's counsel, an accounting which identifies the assets and liabilities including each account receivable of Defendants signed under penalty of perjury. Defendants shall also supply to Plaintiff's attorney, within ten (10) days of the date of this Order, any and all documents in connection with the assets and liabilities of the Defendants and their related and subsidiary companies, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records and income tax returns.

(3) Bond shall be waived in view of the fact that Defendants now hold the aggregate amount of $58,141.40 of Plaintiff's assets.

(4) This Temporary Restraining Order is entered this 7th day of August, 2009. A hearing on Plaintiff's Motion for Preliminary Injunction is set for **August 21, 2009 at 4:00 p.m.** in Courtroom 15, Edward J. Schwartz United States District Courthouse, 940 Front Street, San Diego, CA 92101.

(5) The Plaintiff shall forthwith serve Defendants and their counsel with a copy of this Order.

(6) Defendants' opposition to Plaintiff's motion for a preliminary injunction, if any, shall be filed no later than August 17, 2009. Plaintiff's reply, if any, shall be filed no later than August 20, 2009.

IT IS SO ORDERED. 5:10 PM
Dated: August 7, 2009

HONORABLE BARRY TED MOSKOWITZ
United States District Judge